GEORGE W. HOWELL *et al.* v. THE FIRST NATIONAL BANK OF WASHINGTON.

CORPORATION —*Liability of Stockholders.* The liability of stockholders to the creditors of a corporation is several and not joint, and, when proceeded against by action, each must be sued separately. (*Abbey v. Dry Goods Co.*, 44 Kas. 415.)

*Error from Washington District Court.*

THE opinion states the nature of the action and the material facts.

*Mills, Smith & Hobbs,* for plaintiffs in error.
*Chas. Smith,* and *J. G. Lowe,* for defendant in error.

The opinion of the court was delivered by

ALLEN, J.: Plaintiffs in error were joined with many others as defendants in an action brought by the defendant in error, to enforce their statutory liability as stockholders in an insolvent corporation. They demurred to the petition, on the ground that several causes of action were improperly joined. The demurrer was overruled, and, the defendants electing to

stand thereon, judgment was entered against each of them for different amounts.

The identical question presented in this case was fully considered by this court in the case of *Abbey v. Dry Goods Co.*, 44 Kas. 415. With the decision in that case we are entirely satisfied.

Judgment reversed.

All the Justices concurring.